IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JORDAN THOMAS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 21-00234-KD-M |
| | ) |
| **GULF BEACH HOTEL, INC., d/b/a** | ) |
| **PERDIDO BEACH RESORT,** | ) |
| **SAMUEL DAVID RIVERA, and** | ) |
| **SCOTT JEFFREY DAVIS,** | ) |
| | ) |
| Defendants, | ) |

# ORDER

This action is before the Court on the joint stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure filed by plaintiff Jordann Thomas and Defendants Gulf Beach Hotel, Inc. d/b/a Perdido Beach Resort, Samuel David Rivera, and Scott Jeffrey Davis (doc. 24).  The stipulation is signed by all parties who have appeared in this action. Upon consideration of the stipulation, this action is **DISMISSED with prejudice.**[1]

Pursuant to the stipulation, each party shall bear their own costs and fees.

**DONE** and **ORDERED** this September 7, 2021.

        s / Kristi K. DuBose
        KRISTI K. DuBOSE
        CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court previously dismissed this action with prejudice subject to the right of either party to reinstate the action within 30 days of the date of the order (doc. 23). The joint stipulation terminates the right of either party to reinstate.